# U.S. District Court
## Eastern District of Virginia – (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:24–cv–00321–AWA–DEM

| | |
|---|---|
| SoundClear Technologies LLC v. Google LLC | Date Filed: 05/01/2024 |
| Assigned to: District Judge Arenda L. Wright Allen | Date Terminated: 06/09/2026 |
| Referred to: Magistrate Judge Douglas E. Miller | Jury Demand: Plaintiff |
| Case in other court:  Alexandria Division, 1:24cv00729 | Nature of Suit: 830 Patent |
| Cause: 35:281 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**SoundClear Technologies LLC**                represented by **Ramachandran Iyer**
Daignault Iyer LLP
8229 Boone Blvd.
Suite450
Vienna, VA 22182
202–330–1666
Email: cbiyer@daignaultiyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Ciuffo**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
704–799–5641
Email: aciuffo@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Joseph Hatton**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**NA**
(716) 868–5162
Email: jhatton@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Sprenger**
Daignault Iyer LLP
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
703–712–1145
Email: ksprenger@daignaultiyer.com
*ATTORNEY TO BE NOTICED*

**Matthew Harkins**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
\*\*NA\*\*
(978) 424–6297
Email: mharkins@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Marc Daignault**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
\*\*NA\*\*
(917) 838–9795
Email: rdaignault@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shailendra Maheshwari**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
\*\*NA\*\*
202–997–1925
Email: smaheshwari@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Reynolds**
Daignault Iyer LLP (VA–NA)
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
\*\*NA\*\*
312–636–4674
Email: sreynolds@daignaultiyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Google LLC**                    represented by **Stephen Edward Noona**
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
(757) 624–3239
Fax: (888) 360–9092
Email: senoona@kaufcan.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
Paul Hastings LLC
4655 Executive Dr.
Suite 350
San Diego, CA 92121
858–458–3000
Fax: 858–458–3000
Email: ariellbratton@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Lawrence Sawyer**
Paul Hastings, LLP
71 S. Wacker Drive
45th Floor
Chicago, IL 60606
N/A
312–499–6000
Fax: 312–499–6100
Email: dougsawyer@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Yin**
Paul Hastings LLP (CA–NA)
1117 S California Ave
Palo Alto, CA 94304
**NA**
650–320–1800
Fax: 650–320–1984
Email: joshuayin@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Smith**
Paul Hastings, LLP
71 S. Wacker Drive
45th Floor
Chicago, IL 60606
N/A
312–499–6000
Fax: 312–499–6100
Email: marksmith@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Romolo Laurenzi**
Paul Hastings LLP (NY–NA)
200 Park Avenue
29th Floor
New York, NY 10166
**NA**
212–318–6000

Fax: 212–319–4090
Email: robertlaurenzi@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wolf Unikel**
Paul Hastings, LLP
71 S. Wacker Drive
45th Floor
Chicago, IL 60606
N/A
312–499–6000
Fax: 312–499–6100
Email: robertunikel@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2024 | Ï 1 | Complaint *for Patent Infringement* ( Filing fee $ 405, receipt number AVAEDC–9504298.), filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)(Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 2 | Corporate Disclosure Statement by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 3 | NOTICE by SoundClear Technologies LLC *Report on the filing or determination of an action regarding patent or trademark* (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 4 | Proposed Summons re 1 Complaint *to Google LLC* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 5 | NOTICE of Appearance by Ramachandran Iyer on behalf of SoundClear Technologies LLC (Iyer, Ramachandran) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 6 | NOTICE of Appearance by Kevin Sprenger on behalf of SoundClear Technologies LLC (Sprenger, Kevin) (Entered: 05/01/2024) |
| 05/02/2024 | Ï | Case transferred in from Alexandria Division. Case Number 1–24cv729. (epri, ) (Entered: 05/15/2024) |
| 05/31/2024 | Ï 7 | Proposed Summons re 1 Complaint *to Google LLC* by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 05/31/2024) |
| 05/31/2024 | Ï 8 | Summons Issued as to Google LLC, NOTICE TO ATTORNEY: Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Civil Motions Procedures)(jhie, ) (Entered: 05/31/2024) |
| 06/17/2024 | Ï 9 | NOTICE of Appearance by Stephen Edward Noona on behalf of Google LLC (Noona, Stephen) (Entered: 06/17/2024) |
| 06/17/2024 | Ï 10 | |

| | | Financial Interest Disclosure Statement (Local Rule 7.1) by Google LLC. (Noona, Stephen) (Entered: 06/17/2024) |
|---|---|---|
| 06/17/2024 | 11 | Consent MOTION for Extension of Time to File Answer re 1 Complaint *and Memorandum in Support of Consent Motion* by Google LLC. (Attachments: # 1 Exhibit 1 (Proposed Order))(Noona, Stephen) (Entered: 06/17/2024) |
| 06/18/2024 | 12 | ORDER granting 11 Motion for Extension of Time to Answer. Google LLC shall have through and including August 5, 2024, to respond to plaintiff's Complaint. Signed by Magistrate Judge Douglas E. Miller on 6/18/24. (jhie, ) (Entered: 06/18/2024) |
| 08/05/2024 | 13 | MOTION to Dismiss for Failure to State a Claim *(Google LLC's Partial Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6))* by Google LLC. (Attachments: # 1 Exhibit A (Proposed Order))(Noona, Stephen) (Entered: 08/05/2024) |
| 08/05/2024 | 14 | Memorandum in Support re 13 MOTION to Dismiss for Failure to State a Claim *(Google LLC's Partial Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6))* filed by Google LLC. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 08/05/2024) |
| 08/07/2024 | 15 | Motion to appear Pro Hac Vice by Robert Romolo Laurenzi and Certification of Local Counsel Stephen Edward Noona Filing fee $ 75, receipt number AVAEDC–9673478. by Google LLC. (Noona, Stephen) (Entered: 08/07/2024) |
| 08/07/2024 | 16 | Motion to appear Pro Hac Vice by Robert Wolf Unikel and Certification of Local Counsel Stephen Edward Noona Filing fee $ 75, receipt number AVAEDC–9673489. by Google LLC. (Noona, Stephen) (Entered: 08/07/2024) |
| 08/07/2024 | 17 | Motion to appear Pro Hac Vice by Mark Thomas Smith and Certification of Local Counsel Stephen Edward Noona Filing fee $ 75, receipt number AVAEDC–9673500. by Google LLC. (Noona, Stephen) (Entered: 08/07/2024) |
| 08/07/2024 | 18 | Motion to appear Pro Hac Vice by Joshua Yin and Certification of Local Counsel Stephen Edward Noona Filing fee $ 75, receipt number AVAEDC–9673508. by Google LLC. (Noona, Stephen) (Entered: 08/07/2024) |
| 08/08/2024 | 19 | ORDER granting 15 Motion for Pro hac vice for Robert Romolo Laurenzi on behalf of Google LLC. Signed by District Judge Elizabeth W. Hanes on 8/8/2024. (alet) (Entered: 08/08/2024) |
| 08/08/2024 | 20 | ORDER granting 16 Motion for Pro hac vice for Robert Wolf Unikel on behalf of Google LLC. Signed by District Judge Elizabeth W. Hanes on 8/8/2024. (alet) (Entered: 08/08/2024) |
| 08/08/2024 | 21 | ORDER granting 17 Motion for Pro hac vice for Mark Thomas Smith on behalf of Google LLC. Signed by District Judge Elizabeth W. Hanes on 8/8/2024. (alet) (Entered: 08/09/2024) |
| 08/09/2024 | 22 | ORDER granting 18 Motion for Pro hac vice for Joshua Yin on behalf of Google LLC. Signed by District Judge Elizabeth W. Hanes on 8/8/2024. (alet) (Entered: 08/09/2024) |
| 08/19/2024 | 23 | RESPONSE in Opposition re 13 MOTION to Dismiss for Failure to State a Claim *(Google LLC's Partial Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6))* filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit A)(Iyer, Ramachandran) (Entered: 08/19/2024) |
| 08/22/2024 | 24 | Report on the filing or determination of an action regarding patent and/or trademark(s) SEE COMPLAINT. (jhie, ) (Entered: 08/22/2024) |
| 08/26/2024 | 25 | REPLY to Response to Motion re 13 MOTION to Dismiss for Failure to State a Claim *(Google LLC's Partial Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6))* filed by Google LLC. (Noona, Stephen) (Entered: 08/26/2024) |

| 08/28/2024 | 26 | Motion to appear Pro Hac Vice by Douglas Lawrence Sawyer and Certification of Local Counsel Stephen Edward Noona Filing fee $ 75, receipt number AVAEDC–9710957. by Google LLC. (Noona, Stephen) (Entered: 08/28/2024) |
|---|---|---|
| 08/28/2024 | 27 | Motion to appear Pro Hac Vice by Ariell Nicole Bratton and Certification of Local Counsel Stephen Edward Noona Filing fee $ 75, receipt number AVAEDC–9710985. by Google LLC. (Noona, Stephen) (Entered: 08/28/2024) |
| 08/29/2024 | | Case Reassigned to District Judge Arenda L. Wright Allen. District Judge Elizabeth W. Hanes no longer assigned to the case. (ptom) (Entered: 08/29/2024) |
| 08/30/2024 | 28 | ORDER granting 26 a Motion to Appear Pro Hac Vice by Douglas Lawrence Sawyer, as certified by local counsel Stephen Edward Noona for Defendant Google LLC. Signed by District Judge Arenda L. Wright Allen on 08/30/2024. (Allen, Arenda) (Entered: 08/30/2024) |
| 08/30/2024 | 29 | ORDER granting 27 a Motion to Appear Pro Hac Vice by Ariell Nicole Bratton, as certified by local counsel Stephen Edward Noona for Defendant Google LLC. Signed by District Judge Arenda L. Wright Allen on 08/30/2024. (Allen, Arenda) (Entered: 08/30/2024) |
| 09/03/2024 | 30 | Request for Hearing by Google LLC re 13 MOTION to Dismiss for Failure to State a Claim *(Google LLC's Partial Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6))* (Noona, Stephen) (Entered: 09/03/2024) |
| 09/10/2024 | 31 | NOTICE by SoundClear Technologies LLC *of Supplemental Authority* (Attachments: # 1 Exhibit Exhibit A)(Sprenger, Kevin) (Entered: 09/10/2024) |
| 10/02/2024 | 32 | Motion to appear Pro Hac Vice by Steve Reynolds and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9773538. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 10/02/2024) |
| 10/07/2024 | 33 | ORDER granting 32 a Motion to Appear Pro Hac Vice by Steve Reynolds, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 10/07/2024. (Allen, Arenda) (Entered: 10/07/2024) |
| 11/04/2024 | 34 | MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support* by Google LLC. (Attachments: # 1 Exhibit A (Proposed Order))(Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 35 | Memorandum in Support re 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support* filed by Google LLC. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 36 | Notice of Filing Sealing Motion LCvR5(C) by Google LLC re 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support* (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 37 | Declaration re 35 Memorandum in Support, *(of Ariell N. Bratton)* by Google LLC. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 38 | MOTION to Transfer Case *(Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(a) )* by Google LLC. (Attachments: # 1 Exhibit A (Proposed Order))(Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 39 | Memorandum in Support re 38 MOTION to Transfer Case *(Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(a) ) (Public Version)* filed by Google LLC. (Noona, Stephen) (Entered: 11/04/2024) |

| 11/04/2024 | 40 | Declaration re 39 Memorandum in Support *(Declaration One) (Public Version)* by Google LLC. (Noona, Stephen) (Entered: 11/04/2024) |
|---|---|---|
| 11/04/2024 | 41 | Declaration re 39 Memorandum in Support *(Declaration Two) (Public Version)* by Google LLC. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 42 | Declaration re 39 Memorandum in Support *(Declaration Three) (Public Version)* by Google LLC. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 43 | Declaration re 39 Memorandum in Support *(of Ariell N. Bratton)* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 44 | Sealed Memorandum in Support re 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support*, 39 Memorandum in Support. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 45 | Sealed Document re 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support*, 40 Declaration. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 46 | Sealed Document re 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support*, 41 Declaration. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/04/2024 | 47 | Sealed Document re 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support*, 42 Declaration. (Noona, Stephen) (Entered: 11/04/2024) |
| 11/07/2024 | 48 | Motion to appear Pro Hac Vice by Austin Ciuffo and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC−9837675. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/07/2024 | 49 | Motion to appear Pro Hac Vice by James Hatton and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC−9837681. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/07/2024 | 50 | Motion to appear Pro Hac Vice by Matthew Harkins and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC−9837688. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 11/07/2024) |
| 11/08/2024 |  | Notice of Correction re 48 Motion to appear Pro Hac Vice by Austin Ciuffo and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC−9837675. Counsel is advised that the applicant's Bar Number and State is required to be on the application. Please refile with the applicant's bar information. Counsel does not need to pay another fee. (alet) (Entered: 11/08/2024) |
| 11/08/2024 | 51 | ORDER granting 49 a Motion to Appear Pro Hac Vice by James Hatton, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 11/08/2024. (Allen, Arenda) (Entered: 11/08/2024) |
| 11/08/2024 | 52 | ORDER granting 50 a Motion to Appear Pro Hac Vice by Matthew Harkins, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 11/08/2024. (Allen, Arenda) (Entered: 11/08/2024) |
| 11/08/2024 | 53 | Motion to appear Pro Hac Vice by Austin Ciuffo and Certification of Local Counsel Kevin Sprenger by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 11/08/2024) |

| 11/11/2024 | 54 | NOTICE by Google LLC re 13 MOTION to Dismiss for Failure to State a Claim *(Google LLC's Partial Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6)) (Defendant Google LLC's Notice of Filing of Supplemental Authority)* (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 11/11/2024) |
|---|---|---|
| 11/11/2024 | 55 | Consent MOTION to Withdraw 34 MOTION to Seal *Portions of Memorandum of Law in Support of Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(A) and Declarations In Support (Defendant Google LLC's Consent Motion to Withdraw Motion to Seal, Refile Public Documents and Exhibits, and Memorandum In Support)* by Google LLC. (Attachments: # 1 Exhibit 1 (Proposed Agreed Order))(Noona, Stephen) (Entered: 11/11/2024) |
| 11/12/2024 | 56 | AGREED ORDER granting 55 Motion to Withdraw and Substitute. Google LLC's 34 motion to seal is withdrawn, and Google is granted leave to file public, unredacted versions of the pleadings filed at ECF Nos. 39–42 and sealed at 44–47. Signed by Magistrate Judge Douglas E. Miller on 11/12/2024. (jhie, ) (Entered: 11/12/2024) |
| 11/12/2024 | 57 | NOTICE by Google LLC re 42 Declaration, 39 Memorandum in Support, 40 Declaration, 41 Declaration *(Defendant Google LLC's Notice of Filing of Public, Unredacted Pleadings Pursuant to Court Order)* (Attachments: # 1 Exhibit 1 (Unredacted), # 2 Exhibit 2 (Unredacted), # 3 Exhibit 3 (Unredacted), # 4 Exhibit 4 (Unredacted))(Noona, Stephen) (Entered: 11/12/2024) |
| 11/13/2024 | 58 | Consent MOTION for Extension of Time to File Response/Reply as to 38 MOTION to Transfer Case *(Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(a) )* by SoundClear Technologies LLC. (Attachments: # 1 Proposed Order Proposed Consent Order)(Sprenger, Kevin) (Entered: 11/13/2024) |
| 11/14/2024 | Ï | MOTION REFERRED to Magistrate Judge: Douglas E. Miller. 58 Consent MOTION for Extension of Time to File Response/Reply as to 38 MOTION to Transfer Case (jhie, ) (Entered: 11/14/2024) |
| 11/14/2024 | 59 | CONSENT ORDER granting 58 Motion for Extension of Time. The Court extends the deadline for Plaintiff to respond to the motion to transfer to and through December 9, 2024, and the deadline for Defendant's reply brief due to and through January 6, 2025. Signed by Magistrate Judge Douglas E. Miller on 11/14/2024. (jhie, ) (Entered: 11/14/2024) |
| 11/14/2024 | 60 | ORDER granting 53 a Motion to Appear Pro Hac Vice by Austin Ciuffo, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 11/14/2024. (Allen, Arenda) (Entered: 11/14/2024) |
| 12/09/2024 | 61 | RESPONSE in Opposition re 38 MOTION to Transfer Case *(Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(a) )* filed by SoundClear Technologies LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36)(Sprenger, Kevin) (Entered: 12/09/2024) |
| 12/16/2024 | 62 | Motion to appear Pro Hac Vice by Ronald Daignault and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9903761. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 12/16/2024) |
| 01/06/2025 | 63 | REPLY to Response to Motion re 38 MOTION to Transfer Case *(Google's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404(a) )* filed by Google LLC. (Noona, Stephen) (Entered: 01/06/2025) |

| | | |
|---|---|---|
| 01/06/2025 | 64 | Declaration re 63 Reply to Response to Motion *of Ariell N. Bratton* by Google LLC. (Attachments: # 1 Exhibit 10, # 2 Exhibit 11)(Noona, Stephen) (Entered: 01/06/2025) |
| 01/08/2025 | 65 | ORDER granting 62 a Motion to Appear Pro Hac Vice by Ronald Daignault, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 01/08/2025. (Allen, Arenda) (Entered: 01/08/2025) |
| 01/16/2025 | 66 | Motion to appear Pro Hac Vice by Shailendra Maheshwari and Certification of Local Counsel Kevin Sprenger Filing fee $ 75, receipt number AVAEDC–9951714. by SoundClear Technologies LLC. (Sprenger, Kevin) (Entered: 01/16/2025) |
| 01/16/2025 | 67 | NOTICE by SoundClear Technologies LLC re 23 Response in Opposition to Motion, *(Plaintiff SoundClear's Notice of Filing of Supplemental Authority)* (Attachments: # 1 Exhibit 1)(Iyer, Ramachandran) (Entered: 01/16/2025) |
| 01/17/2025 | 68 | ORDER granting 66 a Motion to Appear Pro Hac Vice by Shailendra Maheshwari, as certified by local counsel Kevin Sprenger for Plaintiff SoundClear Technologies LLC. Signed by District Judge Arenda L. Wright Allen on 01/17/2025. (Allen, Arenda) (Entered: 01/17/2025) |
| 01/23/2025 | 69 | MOTION for Discovery *re: Venue Discovery* by SoundClear Technologies LLC. (Attachments: # 1 Proposed Order)(Iyer, Ramachandran) (Entered: 01/23/2025) |
| 01/23/2025 | 70 | Memorandum to 69 MOTION for Discovery *re: Venue Discovery* filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Iyer, Ramachandran) (Entered: 01/23/2025) |
| 02/06/2025 | 71 | Opposition to 69 MOTION for Discovery *re: Venue Discovery* filed by Google LLC. (Noona, Stephen) (Entered: 02/06/2025) |
| 02/12/2025 | 72 | REPLY in Support re 69 MOTION for Discovery *re: Venue Discovery* filed by SoundClear Technologies LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Iyer, Ramachandran) (Entered: 02/12/2025) |
| 02/13/2025 | | MOTION REFERRED to Magistrate Judge: Douglas E. Miller. 69 MOTION for Discovery *re: Venue Discovery* (jhie, ) (Entered: 02/13/2025) |
| 02/18/2025 | 73 | MOTION to Stay *Defendant Google LLC's Motion to Stay Pending Inter Partes Review* by Google LLC. (Attachments: # 1 Exhibit A (Proposed Order))(Noona, Stephen) (Entered: 02/18/2025) |
| 02/18/2025 | 74 | Memorandum in Support re 73 MOTION to Stay *Defendant Google LLC's Motion to Stay Pending Inter Partes Review* filed by Google LLC. (Noona, Stephen) (Entered: 02/18/2025) |
| 02/18/2025 | 75 | Declaration re 74 Memorandum in Support *(of Joshua Yin)* by Google LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 02/18/2025) |
| 02/24/2025 | 76 | Request for Hearing by SoundClear Technologies LLC re 69 MOTION for Discovery *re: Venue Discovery* (Iyer, Ramachandran) (Entered: 02/24/2025) |
| 03/03/2025 | | Set Remote Hearing (CV Magistrate)Members of the public wishing to listen to remote proceedings should call the Norfolk Division at 757–222–7222 before the hearing for instructions on how to listen to the proceedings. Recording of court proceedings of any kind is prohibited. Motion Hearing (#69) set for 3/5/2025 at 10:00 AM w/OCR in Norfolk Remote before Magistrate Judge Douglas E. Miller. (cdod, ) (Entered: 03/03/2025) |
| 03/04/2025 | 77 | RESPONSE in Opposition re 73 MOTION to Stay *Defendant Google LLC's Motion to Stay Pending Inter Partes Review* filed by SoundClear Technologies LLC. (Attachments: # 1 Affidavit of Kevin Sprenger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Iyer, Ramachandran) (Entered: 03/04/2025) |

| 03/05/2025 | 78 | MEMORANDUM ORDER denying 69 Motion for to Conduct Venue Discovery. Signed by Magistrate Judge Douglas E. Miller on 3/5/2025. (jhie, ) (Entered: 03/05/2025) |
|---|---|---|
| 03/05/2025 | 79 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Motion Hearing held on 3/5/2025 re 69 MOTION for Discovery *re: Venue Discovery* filed by SoundClear Technologies LLC. Matter came on for hearing on pending Motion for Discovery (#69). Present via zoom were Kevin Sprenger and Steven Reynolds. Ariel Bratton, Robert Unikel, Steve Noona present on behalf of the defendant. Emily Chen, Google representative present. Mr. Reynolds argued the motion. Ms. Bratton responded. Court DENIED the motion for the reasons stated on the record. Court to enter a short order. Hearing adjourned.(Court Reporter Paul McManus, OCR.)(cdod, ) (Entered: 03/06/2025) |
| 03/10/2025 | 80 | REPLY to Response to Motion re 73 MOTION to Stay *Defendant Google LLC's Motion to Stay Pending Inter Partes Review (Google LLC's Reply in Support of its Motion to Stay Pending Inter Partes Review)* filed by Google LLC. (Noona, Stephen) (Entered: 03/10/2025) |
| 03/12/2025 | 81 | TRANSCRIPT of Motion Hearing Proceedings held on 3/5/2025, before Judge Douglas E. Miller, Court Reporter/Transcriber Paul McManus, Telephone number 757–222–7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 4/11/2025. Redacted Transcript Deadline set for 5/12/2025. Release of Transcript Restriction set for 6/10/2025.(mcmanus, paul) (Entered: 03/12/2025)** |
| 03/14/2025 | 82 | Motion re: Objections to 78 Order on Motion for Discovery filed by SoundClear Technologies LLC. (Attachments: # 1 Exhibit 1)(Iyer, Ramachandran) (Entered: 03/14/2025) |
| 03/28/2025 | 83 | RESPONSE in Opposition re 82 Motion Re: Objections to Magistrate Judge *(Google LLC's Response To SoundClear Technologies, LLC's Objections To The Magistrate Judge's Order Regarding Motion To Conduct Venue Discovery (Dkt.78))* filed by Google LLC. (Noona, Stephen) (Entered: 03/28/2025) |
| 03/31/2025 | 84 | ORDER granting 73 Motion to Stay. This matter is hereby STAYED pending resolution of inter partes review proceedings. The parties shall notify this Court within fourteen (14) days of the date on which such proceedings conclude. Signed by District Judge Arenda L. Wright Allen on 3/31/25. (bwell) (Entered: 03/31/2025) |
| 08/13/2025 | 85 | NOTICE by SoundClear Technologies LLC re 84 Order on Motion to Stay, *(Joint Notice Regarding Inter Partes Review Proceedings)* (Iyer, Ramachandran) (Entered: 08/13/2025) |
| 11/12/2025 | 86 | NOTICE by SoundClear Technologies LLC re 84 Order on Motion to Stay, *(Second Joint Notice Regarding Inter Partes Review Proceedings)* (Iyer, Ramachandran) (Entered: 11/12/2025) |
| 11/18/2025 | 87 | ORDER. The stay in this matter is lifted. The Clerk is DIRECTED to reinstate the 13 Motion to Dismiss, 38 Motion to Transfer Case, and 82 Objections to Magistrate Judge's Order to the active docket. Plaintiff MAY file a reply to Defendant's 83 Response in Opposition to the Objections to Magistrate Judge's Order within six (6) days of this Order. Signed by District Judge Arenda L. Wright Allen on 11/18/2025. (jhie, ) (Entered: 11/18/2025) |
| 11/21/2025 | 88 | REPLY to Response to Motion re 82 Motion Re: Objections to Magistrate Judge filed by SoundClear Technologies LLC. (Iyer, Ramachandran) (Entered: 11/21/2025) |
| 06/09/2026 | 89 | |

| | | |
|---|---|---|
| | | ORDER. The <u>38</u> Motion to Transfer Case is GRANTED. The <u>13</u> Motion to Dismiss and <u>82</u> Objections to the Magistrate Judge's Order are DENIED without prejudice. The Clerk is DIRECTED to terminate the motions pending at ECF Nos. 13 and 82 and transfer this case to the Northern District of California. Signed by District Judge Arenda L Wright Allen on 6/9/2026. (jhie, ) (Entered: 06/09/2026) |
| 06/09/2026 | Ï | Case transferred to Northern District of California. (jhie, ) (Entered: 06/09/2026) |